| | | | |
|---|---|---|---|
| Case No. | **CV 18-7587-GW (JEM)** | Date | **Nov. 7, 2018** |
| Title | **CAROLINA CASTENEDA v. NANCY A. BERRYHILL** | | |

Present: The Honorable **JOHN E. MCDERMOTT, UNITED STATES MAGISTRATE JUDGE**

| S. Lorenzo | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None | None |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE RE: PLAINTIFF'S FAILURE TO FILE VALID PROOF OF SERVICE**

On October 30, 2018, the Court issued an Order to Show Cause why this case should not be dismissed for failure to prosecute, based on Plaintiff's failure to file a proof of service of the summons and complaint. Plaintiff was ordered to file a proper proof of service pursuant to Federal Rule of Civil Procedure 4 or otherwise show cause in writing on or before November 6, 2018.

On November 2, 2018, Plaintiff filed a "Proof of Service By Mail" ("POS"). Plaintiff has failed to show cause because the POS demonstrates that the summons and complaint were not properly served in compliance with Rule 4.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE in writing on or before **November 14, 2018**, why this action should not be dismissed for failure to prosecute and failure to comply with a court order. Plaintiff may comply with this order by filing a proof of service demonstrating proper service in compliance with Rule 4 or may file a written response justifying why she was not able to do so. This Order to Show Cause will be submitted upon the filing of Plaintiff's response or expiration of the response filing deadline. No extension of this deadline will be granted.

Plaintiff is advised that failure to file a proper proof of service or otherwise respond to this Order to Show Cause by the deadline will result in a recommendation that this case be dismissed for failure to prosecute and failure to comply with a court order.

| | : | |
|---|---|---|
| Initials of Preparer | slo | |